# EXHIBIT F

RICARDO EHMANN, (SBN 320117)
BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
2255 CALLE CLARA
LA JOLLA, CA 92037
858-551-1223
Attorney for: YURI FISCHER, ETC.
Atty. File No.: 2657

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**06/02/2023** at 03:44:00 PM
Clerk of the Superior Court
By E- Filing,Deputy Clerk

SUPERIOR COURT OF CA., COUNTY OF SAN DIEGO
CENTRAL DIVISION-HALL OF JUSTICE

PLAINTIFF      : YURI FISCHER, ETC.
DEFENDANT   : KELLY SERVICES GLOBAL, LLC, ETC.

Case No. : 37-2023-00013916-CU-OE-CTL
**PROOF OF SERVICE OF SUMMONS**

Hearing date: September 29,2023    Time : 09:15 AM    Dept./Div. :  C-72

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of the  SUMMONS; COMPLAINT; ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION; STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION; NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE; CIVIL CASE COVER SHEET

3.   a.  Party Served     : KELLY SERVICES GLOBAL, LLC, A LIMITED LIABILITY COMPANY
                            C/O CT CORPORATION SYSTEM
     b.  Person Served  : JESSIE GASTELUM, INTAKE SPECIALIST
                            (AUTHORIZED TO ACCEPT FOR CT CORPORATION SYSTEM)

4.   Address where the party was served: 330 NORTH BRAND BLVD       SUITE 700
                                         GLENDALE, CA  91203   (Business)

5.   I served the party
     a.  **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1)  on   May  30,  2023  (2)  at: 10:20 AM

6.   The "Notice to the person served" (on the summons) was completed as follows:
     c.   on behalf of:  KELLY SERVICES GLOBAL, LLC, A LIMITED LIABILITY COMPANY
                         C/O CT CORPORATION SYSTEM
          under  [xx]   CCP 416.40  (association or partnership)

7.   **Person who served papers**
     a.  JOSE SANJINES
     b.  KNOX ATTORNEY SERVICE
         1550 HOTEL CIRCLE NORTH SUITE 440
         SAN DIEGO, CA 92108
     c.  619-233-9700

     d.  Fee For Service :  $ 148.85
     e.  I am
         (3)  a registered California process server
             (i)   an independent contractor
             (ii)  Registration No.: 2023001113
             (iii) County: LOS ANGELES,

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :   May  31,  2023

Signature: _____
                 JOSE SANJINES

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

Ref. No. :  1643297-01