1  **DUANE MORRIS LLP**
   Sarah A. Gilbert (SBN 312865)
2  sagilbert@duanemorris.com
   750 B Street, Suite 2900
3  San Diego, California 92101
   Telephone: (619) 744-2200
4  Facsimile: (619) 744-2201

5  **DUANE MORRIS LLP**
   Shireen Y. Wetmore (SBN 278501)
6  sywetmore@duanemorris.com
   Nathan K. Norimoto (SBN 334835)
7  nnorimoto@duanemorris.com
   Spear Tower
8  One Market Place, Suite 2200
   San Francisco, California 94105-1127
9  Telephone: (415) 957-3000
   Facsimile: (415) 957-3001

10

11                    UNITED STATES DISTRICT COURT
12                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
13

14

15 | YURI FISCHER, on behalf of himself and all others similarly situated, | Case No. **'23CV1197 JLS   JLB**
16 |  | **DECLARATION OF TERRI MINISTRELLI IN SUPPORT OF DEFENDANT KELLY'S NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**
17 | Plaintiff, |
18 | v. |
19 | KELLY SERVICES GLOBAL, LLC, a Limited Liability Company; and DOES 1 through 50, inclusive, | [Removed from San Diego County Superior Court, Case No. 37-2023-00013916-CU-OE-CTL]
20 |  |
21 |  | [*Filed concurrently with Notice of Removal; Civil Case Cover Sheet; Corporate Disclosure; and Certificate of Interested Persons*]
22 | Defendants. |
23

24

25

26

27

28

DECLARATION OF TERRI MINISTRELLI IN SUPPORT OF
DEFENDANT KELLY'S NOTICE OF REMOVAL

53677734v.1

**DUANE MORRIS LLP**
Gerald L. Maatman (IL 6181016) (*pro hac vice motion to follow*)
gmaatman@duanemorris.com
Jennifer A. Riley (IL 6272366) (*pro hac vice motion to follow*)
jariley@duanemorris.com
Tyler Z. Zmick (IL 6324901) (*pro hac vice motion to follow*)
tzzmick@duanemorris.com
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
Telephone:	(312) 499-6700
Facsimile:	(312) 279-6701

Attorneys for Defendant
KELLY SERVICES GLOBAL, LLC

1

DECLARATION OF TERRI MINISTRELLI IN SUPPORT OF
DEFENDANT KELLY'S NOTICE OF REMOVAL

53677734v.1

# DECLARATION OF TERRI MINISTRELLI

I, Terri Ministrelli, declare and state as follows:

1. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify as to their accuracy.

2. I am the Director of Payroll Operations for Kelly Services, Inc. ("KSI"). In this capacity, I have access to payroll and employment/personnel records of Kelly Services Global, LLC ("KSG") employees in California, including Plaintiff Yuri Fischer ("Plaintiff"), which are kept in KSI and KSG's respective payroll, timekeeping, and human resources management systems in the ordinary course of business. I have reviewed the employment and personnel records for Plaintiff. Also in this capacity, I am familiar with the corporate and organizational structure as well as the operations of KSI and KSI's affiliates, including KSG.

3. KSG is now, and since this action commenced has been, a limited liability company formed under the laws of the State of Michigan.

4. KSG's principal place of business is in Troy, Michigan. KSG's corporate headquarters are located in Troy, Michigan. KSG's corporate executives, including its senior leadership team, have been and continue to be based in, have maintained and continue to maintain their offices in, and have performed and continue to perform their primary duties and job functions, in Troy, Michigan.

5. On May 30, 2023, the agent for service of process for KSG was served with a copy of Plaintiff's Complaint. True and correct copies of the Service of Process Transmittal Summary from CT Corporation, Process Server Delivery Details form, Summons, Complaint, Civil Case Cover Sheet, Notice of Case Assignment and Case Management Conference, and Alternative Dispute Resolution (ADR) Information forms that were served on KSG are attached hereto as **Exhibit A**.

6. Based on my review of Company records, Plaintiff was a resident of California during the course of his employment with KSG. The home address that

Plaintiff provided to KSG when he applied for employment with KSG, and the mailing address reflected on Plaintiff's paystubs, is in Ramona, California.

7. It is my understanding that the relevant time period alleged in Plaintiff's Complaint is April 4, 2019, to the present. To determine the number of KSG non-exempt employees who have worked in the State of California from April 4, 2019, to the present and the total number of weeks worked by these individuals during the relevant time period, I retrieved information from KSG's payroll and human resources databases.

8. Based on my review of the data retrieved, there were approximately 33,055 current and former hourly non-exempt employees who were employed by KSG in the State of California from April 15, 2019, to June 20, 2023. During this time period, these employees worked a total of approximately 673,579 workweeks.

9. Pay rates for hourly non-exempt KSG employees in California vary. To calculate an approximate average rate of pay for the current and former hourly non-exempt KSG employees who have worked in California during the relevant time period, I reviewed available pay records for all hourly non-exempt KSG employees who have worked in California at any point from April 15, 2019, to June 20, 2023. Based on my review of records and data retrieved, the average hourly rate of pay for KSG hourly non-exempt employees who have worked in California during this timeframe is approximately $22.38, and the average hourly overtime rate of pay for KSG hourly non-exempt employees who have worked in California during this period is approximately $33.57.

10. During the relevant time period, KSG paid current and former hourly non-exempt employees who are or were employed by KSG in the State of California on a weekly basis (*i.e.*, KSG issued paychecks to such employees once every week). Accordingly, there are 52 pay periods per year for these employees.

1     I declare under penalty of perjury under the laws of the United States of America
2 that the foregoing is true and correct.
3
4     Executed on June 23, 2023, at Troy, Michigan.

DocuSigned by:

*Terri Ministrelli*

591FAB4269DA465...

Terri Ministrelli

4

DECLARATION OF TERRI MINISTRELLI IN SUPPORT OF
DEFENDANT KELLY'S NOTICE OF REMOVAL

53677734v.1